UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARI RAGIN,

          Plaintiff,

- against -

SUN LIFE ASSURANCE COMPANY OF CANADA,

          Defendant.

21-cv-8172 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 15, 2021 is canceled. The plaintiff is reminded to serve the defendant within 90 days after the complaint was filed. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
          December 7, 2021

                                            John G. Koeltl
                                   United States District Judge