UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

SHARI RAGIN,

                Plaintiff,        21-cv-8172 (JGK)

   - against -              ORDER

SUN LIFE ASSURANCE COMPANY OF
CANADA,

                Defendant.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 21, 2022.

SO ORDERED.

Dated:   New York, New York
          January 7, 2022

                                                _____
                                                   John G. Koeltl
                                        United States District Judge