UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHARI RAGIN,                                    21-cv-8172 (JGK)

                Plaintiff,              ORDER

    - against -

SUN LIFE ASSURANCE COMPANY OF
CANADA,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the plaintiff should serve any discovery requests by **February 18, 2022**. The parties should advise the Court if there are any disputes with respect to discovery by **March 4, 2022**.

    The plaintiff may file a motion for judgment on the pleadings by **March 4, 2022**. Any opposition is due by **March 25, 2022**. Any reply is due by **April 8, 2022**. No pre-motion conference is necessary.

SO ORDERED.

Dated:    New York, New York
            February 4, 2022

                                              John G. Koeltl
                                     United States District Judge